# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF ILLINOIS

___

| | |
|---|---|
| IN RE: YASMIN AND YAZ ) | |
| (DROSPIRENONE) ) | 3:09-md-02100-DRH-PMF |
| MARKETING, SALES ) | MDL No. 2100 |
| PRACTICES AND PRODUCTS ) | |
| LIABILITY LITIGATION ) | |

___

**This Document Relates to:**

*Petra Asel v. Bayer Corp., et al.* No. 3:10-cv-12527-DRH-PMF

*Lauren Baker v. Bayer Corp., et al.* No. 3:10-cv-12644-DRH-PMF

*Ashley Blackard v. Pharmaceuticals, Inc., et al.* No. 3:10-cv-12230-DRH-PMF

*Shawna Carter v.Bayer HealthCare Pharm/, Inc.*, et al. No. 3:10-cv-13225-DRH-PMF

*Vanessa Cervantes v.Bayer HealthCare Pharm., Inc., et al.* No. 3:10-cv-13014-DRH-PMF

*Autumn Dickson v. Bayer Corp., et al.* No. 3:10-cv-12921-DRH-PMF

*Ashley Flynt v.Bayer HealthCare Pharm., Inc., et al.*No. 3:10-cv-12485-DRH-PMF

*Tanya Lynch v. Bayer Corp.*, et al. No. 3:10-cv-12626-DRH-PMF

*Ellen Miller v. Bayer HealthCare Pharm., Inc., et al.* No. 3:10-cv-10813-DRH-PMF

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order dismissing these cases with prejudice entered by this Court on July 28, 2011, plaintiffs' complaints are **DISMISSED** with prejudice. Each party shall bear their own costs.

**NANCY J. ROSENSTENGEL,**
**CLERK OF COURT**

BY: /s/*Sandy Pannier*
**Deputy Clerk**

Dated: July 28, 2011

APPROVED: *[signature]* Digitally signed by David R. Herndon
Date: 2011.07.28 16:09:21 -05'00'
CHIEF JUDGE
U. S. DISTRICT COURT